REVISED APRIL 28, 2008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 26, 2008

Charles R. Fulbruge III
Clerk

No. 07-10534
Summary Calendar

JUDY WANG

                    Plaintiff-Appellant

v.

PRUDENTIAL FINANCIAL CORPORATION;
PRUDENTIAL INSURANCE COMPANY OF AMERICA,
doing business as Prudential Insurance Company;
RICHARD TRETA

                    Defendants-Appellees

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-02091

Before HIGGINBOTHAM, STEWART, and ELROD.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having reviewed the district courts' decisions,[1] the parties' briefs, and the record on appeal, we find no reversible error and accordingly AFFIRM.

---

[1] See Judy Wang v. Prudential Fin. Corp., No. 3:05-CV-02091, 2007 WL 1186556 (N.D. Tex. Apr. 20, 2007); Judy Wang v. Prudential Fin. Corp., No. 3:05-CV-02091, 2006 WL 3702642 (N.D. Tex. Dec. 13, 2006); Judy Wang v. Prudential Fin. Corp., No. 3:05-CV-02091, 2006 WL 1489427 (N.D. Tex. May 25, 2006).